157 A.3d 851

JULIO C. ORTIZ, PLAINTIFF–PETITIONER, v. PENSKE TRUCK LEASING, PAUL TOMS AND RICHARD SCHUBERT, DEFENDANTS–RESPONDENTS.

December 12, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003742–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

157 A.3d 852

CONTINENTAL INSURANCE COMPANY, FIDELITY & CASUALTY COMPANY OF NEW YORK, COMMERCIAL INSURANCE COMPANY OF NEWARK, N.J., AND COLUMBIA CASUALTY COMPANY, PLAINTIFFS, v. HONEYWELL INTERNATIONAL, INC. (F/K/A ALLIEDSIGNAL, INC., SUCCESSOR TO BENDIX AVIATION CORPORATION AND BENDIX CORPORATION) DEFENDANT. (ST. PAUL FIRE AND MARINE INSURANCE COMPANY AND TRAVELERS CASUALTY & SURETY COMPANY–PETITIONERS)

December 12, 2016

## PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–1071/1100–13 having been submitted to this Court, and the Court having considered the same;

438

It is ORDERED that the petition for certification is granted.

157 A.3d 852

NEW JERSEY CHINESE COMMUNITY CENTER AND JIMMY HWANG, PLAINTIFFS–PETITIONERS, v. WARREN TOWNSHIP CONSTRUCTION OFFICE, DEFENDANT–RESPONDENT.

December 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004778–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

157 A.3d 852

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2007–OAI, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007–OIA, PLAINTIFF–RESPONDENT, v. MICHAEL TULLY AND ADRIENNE TULLY, HUSBAND AND WIFE, DEFENDANTS–PETITIONERS.

December 12, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court: